UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DOMINIC ALEXANDER EL,

    Plaintiff,

v.                                                 Case No. 8:24-cv-01635-KKM-TGW

ENVIRONMENTAL PROTECTION AGENCY,
and MARYANN NEJEGUS,

    Defendants.
_____

## ORDER

After Dominic Alexander El filed this action, he was ordered to, by August 5, 2024, either pay the full $405 filing fee or move to proceed *in forma pauperis*. (Doc. 3). El was warned that if he failed to comply, an order would dismiss the action without prejudice for failure to prosecute. (Doc. 3) at 1. El was further warned that his complaint appeared to be an impermissible shotgun pleading, a defect he would need to "promptly address[]" if he wished to proceed with the action after either paying the filing fee or moving to proceed *in forma pauperis*. (Doc. 3) at 4.

Even accounting for the extra three days provided for mailing by Federal Rule of Civil Procedure 6(d), El fails to timely respond. Accordingly, this action is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute and failure to comply with court

orders. *See* Local Rule 3.10. The Clerk **CLOSE** this case and **ENTER JUDGMENT** for Defendants and against El, which shall read "This action is dismissed without prejudice."

**ORDERED** in Tampa, Florida, on August 29, 2024.

/s/ Steven D. Merryday
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE[*]

---

[*] Signed by Judge Steven D. Merryday to expedite the resolution of this motion. This case remains assigned to Judge Kathryn Kimball Mizelle.